**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | November 17, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-25-5694 (NCM) |
| NAME OF CASE(S): | Jenkins v. Mission Lane, LLC |
| FOR PLAINTIFF(S): | Did not Appear |
| FOR DEFENDANT(S): | Brigandi |
| NEXT CONFERENCE(S): | Initial Conference - December 12, 2025 at 12:00 p.m. |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:15) |

RULINGS FROM Initial Conference:

Plaintiff did not appear for the conference despite being served with the scheduling order. Defense counsel reports that he has had no contact with the Plaintiff since the case was removed. The Initial Conference is therefore adjourned to December 12, 2025 at 12:00 p.m. All parties must participate and shall connect to the conference through dial-in number 571-353-2301 with ID#179933855. Plaintiff is warned that further failures to appear may result in sanctions, up to and including dismissal of this case for failure to prosecute. Counsel for the Defendant is directed to immediately forward a copy of this Order with all attachments to the plaintiff via return receipt delivery and file proof of service with the Court.