## CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 17, 2026 |
| TIME: | 2:00 pm |
| DOCKET NUMBER(S): | 25cv5694-NCM-ST |
| NAME OF CASE(S): | Jenkins v. Mission Lane, LLC |
| FOR PLAINTIFF(S): | Jenkins, pro se |
| FOR DEFENDANT(S): | Brigandi |
| NEXT CONFERENCE(S): | Telephone Conference - June 22, 2026 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (2:00 - 2:45) |

RULINGS FROM  Telephone Conference         :

Defendant's Letter MOTION for Protective Order by Mission Lane, LLC [15] is granted. Plaintiff's request for more than 300 RFAs is overbroad and inappropriate.  Plaintiff will either refine the requests to narrowly-tailored interrogatories or ask such questions during depositions. June 17, 2026.  Other discovery disputes resolved on the record.  Deadline for completion of discovery is extended to June 17, 2026.  The Court will hold a telephone conference on June 22, 2026 at 10:00 a.m.